UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLOUCESTER FISH EXCHANGE, INC. ) | |
| ) | |
| Plaintiff, ) | Case No. 1:17-CV-10570-MLW |
| v. ) | |
| ) | |
| WILBUR ROSS, SECRETARY OF COMMERCE, ) | |
| UNITED STATES DEPARTMENT OF ) | |
| COMMERCE/NATIONAL OCEANIC AND ) | |
| ATMOSPHERIC ADMINISTRATION ) | |
| ) | |
| Defendants. ) | |

NOTICE OF RESTORATION OF
APPROPRIATIONS AND MOTION TO LIFT STAY
(ASSENTED TO)

The Defendant, Wilbur Ross, Secretary of Commerce, by his attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, moves the Court to lift the stay entered in this case, for the reason that funding has been restored to the U.S. Department of Justice and to the National Oceanic and Atmospheric Administration ("NOAA"). Defendant advises the Court that the parties will file their replies to the oppositions to their respective motions on or before February 15, 2019. The grounds for this motion are as follows:

1. On January 3, 2019, the undersigned Assistant U.S. Attorney notified the Court that appropriations to the Department and to NOAA had lapsed on December 21, 2018 (ECF No. 25).

2. At that time, the parties had agreed that they would file their replies to the oppositions to their respective motions on January 11, 2019.

3. On January 4, 2019, the Court entered a stay of this case (ECF No. 26).

4. Thirty-Five (35) days later, on January 25, 2019, the President signed the Further Additional Continuing Appropriations Act, 2019, which restores appropriations to the

Department and other federal agencies, including Defendant, through and including February 15, 2019.  See H. J. Res. 28 (as amended).

5.   As such, Defendant respectfully requests that the Court lift the stay and notifies the Court that the parties will file their replies on or before February 15, 2019.

6.   Plaintiff assents to the requested relief.

WHEREFORE, Defendant respectfully requests that his motion is granted.

                    Respectfully submitted,

                    ANDREW E. LELLING
                    United States Attorney

By:   /s/ *Susan M. Poswistilo*
      SUSAN M. POSWISTILO
      BBO No. 565591
      Assistant United States Attorney
      United States Attorney's Office
      John Joseph Moakley U.S. Courthouse
      1 Courthouse Way - Suite 9200
      Boston, MA  02210
      (617) 748-3103

Dated: January 29, 2019      Susan.Poswistilo @usdoj.gov

## Local Rule 7.1 Certification

I hereby certify that I conferred with the attorneys for the Plaintiff and he assents to this motion.

                    /s/ *Susan M. Poswistilo*
                    Susan M. Poswistilo